

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00743-CR

**EX PARTE DERRICK LEE HUDSON,**
Appellant

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2014-DCR-0507-W
Honorable Robert Hofmann, Judge Presiding

## O R D E R

On November 1, 2017, the trial court signed a pretrial order, and the next day, Appellant filed a notice of appeal. On November 27, 2017, Appellant filed a motion to dismiss the appeal. The motion was signed by court-appointed counsel but was not signed by Appellant. *Contra* TEX. R. APP. P. 42.2 (requiring the appellant's signature to authorize a voluntary motion to dismiss).

Counsel's motion to dismiss this appeal is DENIED. *See id.*; *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

The reporter's record has been filed, but the clerk's record has not. On November 29, 2017, the Kimble County District Clerk's office filed a notification of late record indicating that the clerk's record was not needed because a motion to dismiss had been filed.

Absent a proper motion to dismiss, the clerk's record must be filed, and we construe the notification as a motion for extension of time to file the clerk's record. The motion is GRANTED. The clerk's record is due THIRTY days from the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court